IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| IVERY T. WILLIAMS, ET AL., | § | |
| --- | --- | --- |
| Plaintiffs, | § | |
| V. | § | No. 3:18-CV-952-M |
| TEXAS BOARD OF PARDONS AND PAROLE, ET AL., | § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Plaintiff Ivery T. Williams's motion for a temporary restraining order [Dkt. No. 26] is therefore DENIED.

SO ORDERED this 27th day of August, 2018.

BARBARA M. G. LYNN
CHIEF JUDGE